IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE CO.,

    Plaintiff-in-Interpleader,

v.

VIRGINIA SEWARD, et al.

    Defendants-in-Interpleader.

No. C 05-02522 JSW

**ORDER RE APPLICATION FOR ORDER DIRECTING DEPOSIT OF FUNDS INTO COURT REGISTRY**

On June 22, 2005, Plaintiff-in-Interpleader, Sun Life Assurance Company of Canada (U.S.), filed an application for order directing deposit of funds into court registry, but did not notice a hearing date. Defendants-in-Interpleader have not yet filed a response to Sun Life's application.

Accordingly, Defendants-in-Interpleader are ORDERED to file their opposition, if any, by no later than August 16, 2005. Sun Life may file any reply to Defendants' responses by August 23, 2005. If the Court determines a hearing is required, it shall notify the parties. Otherwise, the matter will be deemed submitted as of August 23, 2005, and the Court shall dispose of Sun Life's application on the papers.

**IT IS SO ORDERED.**

Dated: August 2, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE