IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY,

    Plaintiff-in-Interpleader,

v.

VIRGINIA SEWARD, et al.

    Defendants-in-Interpleader.

No. C 05-02522 JSW

**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ORDER DIRECTING DEPOSIT OF FUNDS INTO COURT REGISTRY**

On June 22, 2005, Plaintiff-in-Interpleader ("Plaintiff") filed an application for an order directing deposit of funds into the Court's registry. On August 2, 2005, the Court ordered Defendants-in-Interpleader ("Defendants") to file an opposition, if any, to the application by August 16, 2005, and permitted Plaintiff to file a reply by August 23, 2005.

On August 18, 2005, the Court received a letter from the Defendants, in which they state that they agree who the legal owner of the contract at issue in this case should be. That letter also suggests that Defendants are working with Plaintiff to resolve this matter short of litigation. The Court has not received a reply from Plaintiff, and finds this matter to be suitable for disposition without oral argument. N.D. Civ. L.R. 7-1(b).

In light of the representations made in Defendants' letter, Plaintiff's application is DENIED WITHOUT PREJUDICE. If the parties are not able to come to terms, or if Plaintiff believes Defendants have failed to sufficiently resolve the ownership dispute, it may renew

1  its application at a later date.

2  **IT IS SO ORDERED.**

3  Dated: August 25, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE