J. Russell Stedman (117130)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533
E-mail: rstedman@barwol.com

Jamie Ostroff (228095)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
E-mail: jostroff@barwol.com

# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), <br><br> Plaintiff-in-Interpleader, <br><br> vs. <br><br> VIRGINIA SEWARD, an individual; TIMOTHY K. SEWARD, an individual; DAVID L. SEWARD, an individual; AIDEN M. B., a minor; KYLE A. S., a minor; and BRENDAN A. B., a minor, <br><br> Defendants-in-Interpleader. | CASE NO.: C 05-02522 JSW <br><br> Hon. Jeffrey S. White <br> Dept: 9 <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed: June 21, 2005 <br><br> Disc. C/O: None Set <br> Motion C/O: None Set <br> Trial Date: None Set |

i:\office\10260\032\05pleadings\stip re cmc.doc i:\office\10260\032\05pleadings\stip re cmc.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## STIPULATION

WHEREAS, on June 21, 2005, the Court issued its Order Setting Initial Case Management Conference (the "Order"), in which it set a Case Management Conference in the above-captioned action for October 7, 2005; and

WHEREAS, the Order, based upon Federal Rule of Civil Procedure ("F.R.C.P.") 26(f) and ADR Northern District Local Rule ("L.R.") 3-5, requires the parties to meet and confer regarding initial disclosures, early settlement ADR process selection, and discovery plan on or before September 16, 2005; and

WHEREAS, the Order, based upon L.R. 16-8, requires the parties to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on or before September 16, 2005; and

WHEREAS, the Order, based upon F.R.C.P. 26(a)(1) and L.R. 16-9, require that the parties file and serve a F.R.C.P. 26(f) Report and Case Management Statement, and complete their respective initial disclosures or state their objections to the F.R.C.P. 26(f) report, on or before September 30, 2005; and

WHEREAS, the parties presently anticipate the filing of a stipulation for distribution of the disputed funds, the discharge of Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.) and the dismissal of the action, and have recently exchanged drafts of said pleadings; and

WHEREAS, the parties therefore anticipate that this matter will be resolved in its entirety within the next 45 days; and

i:\office\10260\032\05pleadings\stip re cmc.doci:\office\10260\032\05pleadings\stip re cmc.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

WHEREAS, the parties stipulate, by and through their respective counsel of record and subject to the Court's approval, that the Order be modified so as to continue the date for the Case Management Conference from October 7, 2005, to November 18, 2005; and

WHEREAS, the parties further stipulate, by and through their respective counsel of record and subject to the Court's approval, that the Order be modified so as to continue the date before which the parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference from September 16, 2005, to October 28, 2005; and

WHEREAS, the parties further stipulate, by and through their respective counsel of record and subject to the Court's approval, that the Order be modified so as to continue the date before which the parties are to meet and confer regarding initial disclosures, early settlement and discovery plan from September 16, 2005, to October 28, 2005; and

WHEREAS, the parties further stipulate, by and through their respective counsel of record and subject to the Court's approval, that the Order be modified so as to continue the date before which the parties are required to file and serve a F.R.C.P. 26(f) Report and Case Management Statement, and are required to complete their respective initial disclosures or state their objections to the F.R.C.P. 26(f) report, from September 30, 2005, to November 10, 2005.

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel of record, that the Order Setting Initial Case Management Conference in this action be modified as follows:

Last day to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan:     October 28, 2005

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

09/16/2005 14:52 BARGAER&WOLEN-FAX7 → 0260+032#14156261331 NO.961 P05

Case 3:05-cv-02522-JSW Document 14 Filed 09/19/05 Page 4 of 9
Case 3:05-cv-02522-JSW Document 13 Filed 09/19/2005 Page 4 of 9

| | | |
|---|---|---|
| 1 | Last day to file Joint ADR Certification | |
| 2 | with Stipulation to ADR process or Notice | October 28, 2005 |
| 3 | of Need for ADR Phone Conference: | |
| 5 | Last day to complete initial disclosures or | |
| 6 | state objection to Rule 26(f) Report, | November 10, 2005 |
| 7 | file/serve Case Management Statement, and | |
| 8 | file/serve Rule 26(f) Report: | |
| 10 | Case Management Conference: | November 18, 2005 |

Dated: September 16, 2005          BARGER & WOLEN LLP

                                    By: /s/
                                    J. RUSSELL STEDMAN
                                    JAMIE OSTROFF
                                    Attorneys for Plaintiff-in-Interpleader
                                    Sun Life Assurance Company of Canada
                                    (U.S.)

Dated: September __, 2005          COLEMAN & COLEMEN


                                    By: _____
                                    RONALD G. COLEMAN
                                    Attorneys of Defendant-in-Interpleader
                                    Virginia Seward

Dated: September __, 2005


                                    By: _____
                                    TIMOTHY K. SEWARD

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

09/16/2005 14:52 BARGAER&WOLEN-FAX7 → 0260*032#14156261331 NO.961 P06
Case 3:05-cv-02522-JSW Document 14 Filed 09/19/05 Page 5 of 9
Case 3:05-cv-02522-JSW Document 13 Filed 09/15/2005 Page 5 of 9

```
 1   Last day to file Joint ADR Certification
 2   with Stipulation to ADR process or Notice        October 28, 2005
 3   of Need for ADR Phone Conference
 4
 5   Last day to complete initial disclosures or
 6   state objection to Rule 26(f) Report,            November 10, 2005
 7   file/serve Case Management Statement, and
 8   file/serve Rule 26(f) Report.
 9
10   Case Management Conference:                      November 18, 2005
11
12   Dated: September __, 2005                        BARGER & WOLEN LLP
13
14                                                    By: _____
15                                                        J. RUSSELL STEDMAN
                                                          JAMIE OSTROFF
16                                                        Attorneys for Plaintiff-in-Interpleader
                                                          Sun Life Assurance Company of Canada
                                                          (U.S.)
17   Dated: September 15, 2005                        COLEMAN & COLEMEN
                                                      RONALD G. COLEMAN, P.C.
18
19
20                                                    By _____
                                                         RONALD G. COLEMAN
21                                                       Attorneys of Defendant-in-Interpleader
                                                         Virginia Seward
22
     Dated: September __, 2005
23
24
                                                      By: _____
25                                                        TIMOTHY K. SEWARD
26
27
28
```

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference: | October 28, 2005 |
| Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report: | November 10, 2005 |
| Case Management Conference: | November 18, 2005 |

Dated: September __, 2005              BARGER & WOLEN LLP

                                       By: _____
                                           J. RUSSELL STEDMAN
                                           JAMIE OSTROFF
                                           Attorneys for Plaintiff-in-Interpleader
                                           Sun Life Assurance Company of Canada
                                           (U.S.)

Dated: September __, 2005              COLEMAN & COLEMEN

                                       By: _____
                                           RONALD G. COLEMAN
                                           Attorneys of Defendant-in-Interpleader
                                           Virginia Seward

Dated: September __, 2005

                                       By: _____
                                           TIMOTHY K. SEWARD

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

09/16/2005 14:52 BARGAER&WOLEN-FAX7 → 0260*032#14156261331 NO.961 D08
Sep 16 05 Case 3:05-cv-02522-JSW Document 14 Filed 09/19/05 Page 7 of 9 P.3
Case 3:05-cv-02522-JSW Document 13 Filed 09/15/2005 Page 7 of 9
09/15/2005 17:11 BARGAER&WOLEN-FAX7 → 0260*032A16900647168 NO.958 005

```
 1 | Dated: September 15, 2005
 2 |
 3 |                                  By: ___/s/_____
 4 |                                          DAVID L. SEWARD
   | Dated: September __, 2005
 5 |
 6 |
 7 |                                  By: _____
   |                                       SHARON SURREY-BARBARI, as
 8 |                                       Guardian ad Litem of Defendant-in-
   |                                       Interpleader BRENDAN A. B.
 9 | Dated: September __, 2005
10 |
11 |                                  By  _____
   |                                       SHARON SURREY-BARBARI, as
12 |                                       Guardian ad Litem of Defendant-in-
   |                                       Interpleader AIDAN M. B.
13 |
   | Dated: September __, 2005
14 |
15 |
   |                                  By: _____
16 |                                       TERRY SEWARD, as Guardian ad Litem
   |                                       of Defendant-in-Interpleader KYLE A. S.
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

BARGER & WOLEN LLP
840 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108

-4-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: September __, 2005 | |
| 2 | | |
| 3 | | By: _____ |
| | | DAVID L. SEWARD |
| 4 | Dated: September 16, 2005 | |
| 5 | | |
| 6 | | By: _____ |
| 7 | | SHARON SURREY-BARBARI, as |
| | | Guardian ad Litem of Defendant-in- |
| 8 | | Interpleader BRENDAN A. B. |
| 9 | Dated: September 16, 2005 | |
| 10 | | |
| 11 | | By: _____ |
| | | SHARON SURREY-BARBARI, as |
| 12 | | Guardian ad Litem of Defendant-in- |
| | | Interpleader AIDAN M. B. |
| 13 | Dated: September 16, 2005 | |
| 14 | | |
| 15 | | By: _____ |
| 16 | | TERRY SEWARD, as Guardian ad Litem |
| | | of Defendant-in-Interpleader KYLE A. S. |

-4-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court ORDERS that the Order Setting Initial Case Management Conference in this action be modified as follows:

| | |
|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan: | October 28, 2005 |
| Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference: | October 28, 2005 |
| Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report: | November 10, 2005 |
| Case Management Conference: | November 18, 2005 |

**IT IS SO ORDERED**

Dated: September 19, 2005

By: /s/ Jeffrey S. White
JUDGE, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-5-

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800