J. Russell Stedman (117130)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533
E-mail: rstedman@barwol.com

Jamie Ostroff (228095)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
E-mail: jostroff@barwol.com

Attorneys for Plaintiff-in-Interpleader
Sun Life Assurance Company of Canada (U.S.)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), <br><br>Plaintiff-in-Interpleader, <br><br>vs. <br><br>VIRGINIA SEWARD, an individual; TIMOTHY K. SEWARD, an individual; DAVID L. SEWARD, an individual; AIDEN M. B., a minor; KYLE A. S., a minor; and BRENDAN A. B., a minor, <br><br>Defendants. | CASE NO.: C 05-02522 JSW <br><br>Hon. Jeffrey S. White <br>Ctrm.: 2 <br><br>[PROPOSED] ORDER GRANTING PLAINTIFF-IN-INTERPLEADER SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL <br><br>Complaint Filed: June 21, 2005 <br><br>Disc. C/O: None Set <br>Motion C/O: None Set <br>Trial Date: None Set <br><br>[Filed Concurrently with Notice of Motion and Administrative Motion to File Documents Under Seal] |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office\10260\032\05pleadings\req 2 file under seal 1_prop order.doc

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

This Court, having considered Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.)'s Administrative Motion to File Documents Under Seal, and good cause appearing, hereby ORDERS that Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.) may submit the following documents under seal:

1. Stipulation of the Parties for (1) Appointment of Guardians ad Litem for Minor Defendants-in-Interpleader; (2) Approval of Disclaimer of Interest in Interpled Funds; (3) Disbursement of Interpled Funds to Defendant-in-Interpleader Virginia Seward; (4) Dismissal of Action with Prejudice and Discharge of Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.); and (5) [Proposed] Order;

2. Declaration of Sharon Surrey-Barbari in Support of Stipulation of the Parties; and

3. Declaration of Terry Seward in Support of Stipulation of the Parties.

The parties shall efile redacted versions of these documents within three days of this Order, and upon receipt of those documents, the Court shall sign the stipulated dismissal.

**IT IS SO ORDERED.**

Dated: November 1, 2005

By: _____
UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office\10260\032\05pleadings\req 2 file under seal 1_prop order.doc

[~~PROPOSED~~] ORDER