J. Russell Stedman (117130)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone:    (415) 434-2800
Facsimile:    (415) 434-2533
E-mail:       rstedman@barwol.com

Jamie Ostroff (228095)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone:    (213) 680-2800
Facsimile:    (213) 614-7399
E-mail:       jostroff@barwol.com

Attorneys for Plaintiff-in-Interpleader
Sun Life Assurance Company of Canada (U.S.)

# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>VIRGINIA SEWARD, an individual; TIMOTHY K. SEWARD, an individual; DAVID L. SEWARD, an individual; AIDEN M. B., a minor; KYLE A. S., a minor; and BRENDAN A. B., a minor,<br><br>Defendants-in-Interpleader. | CASE NO.:  C 05-02522 JSW<br><br>Hon. Jeffrey S. White<br>Ctrm:  2<br>**REDACTED VERSION**<br>**STIPULATION OF THE PARTIES FOR:**<br><br>1. **APPOINTMENT OF GUARDIANS AD LITEM FOR MINOR DEFENDANTS-IN-INTERPLEADER;**<br>2. **APPROVAL OF DISCLAIMER OF INTEREST IN INTERPLED FUNDS;**<br>3. **DISBURSEMENT OF INTERPLED FUNDS TO DEFENDANT-IN-INTERPLEADER VIRGINIA SEWARD; AND**<br>4. **DISMISSAL OF ACTION WITH PREJUDICE AND DISCHARGE OF PLAINTIFF-IN-INTERPLEADER SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)**<br>5. ~~[PROPOSED]~~ **ORDER**<br><br>[Filed concurrently with Declaration of Sharon Surrey-Barbari and Declaration of Terry Seward] |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office\10260\032\05 pleadings\stip re discharge v4_redacted.doc

STIPULATION AND ~~[PROPOSED]~~ ORDER

## STIPULATION

WHEREAS, on or about February 9, 1998, Edward Seward (the "Deceased") and his spouse, Defendant-in-Interpleader Virginia Seward ("VIRGINIA SEWARD"), submitted to Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.) ("SUN LIFE") an application for an annuity; and

WHEREAS, the application submitted by the Deceased and VIIRGINIA SEWARD named Defendants-in-Interpleader Timothy K. Seward ("TIMOTHY SEWARD"), David L. Seward ("DAVID SEWARD"), Aiden M. B. (a minor) ("AIDEN M. B."), Brendan A. B. (a minor) ("BRENDAN M. B."), and Kyle A. S. (a minor) ("KYLE A. S.") (collectively, the "BENEFICIARIES") as equal beneficiaries to the proceeds payable under the annuity; and

WHEREAS, on or about February 17, 1998, SUN LIFE issued to the Deceased and VIRGINIA SEWARD annuity contract number XXXXXXXX4751, (the "Annuity"). The Annuity listed the Deceased and VIRGINIA SEWARD as Participants and Co-Annuitants; and

WHEREAS, the Deceased died on February 9, 2005; and

WHEREAS, VIRGINIA SEWARD contends that upon the death of the Deceased, she became the sole owner of the Annuity and that under the terms of the Annuity, the BENEFICIARIES are not yet entitled to the Annuity proceeds; and

WHEREAS, SUN LIFE is informed and believes that VIRGINIA SEWARD seeks a lump-sum payment in an amount representing the cash value of the Annuity; and

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office\10260\032\05 pleadings\stip re discharge v4_redacted.doc

STIPULATION AND [PROPOSED] ORDER

WHEREAS, SUN LIFE is currently in possession of $100,658.71, the current cash value of the Annuity as of August 31, 2005, and is ready, able and willing to pay the value of the Annuity to the person(s) who may be lawfully entitled to receive it; and

WHEREAS, Sharon Surrey-Barbari, legal guardian and mother of BRENDAN A. B., is willing to act and seeks appointment as guardian ad litem for BRENDAN A. B. for purposes of this interpleader action (see Declaration of Sharon Surrey-Barbari filed concurrently herewith and incorporated herein by this reference); and

WHEREAS, Sharon Surrey-Barbari, legal guardian and mother of AIDEN M. B., is willing to act and seeks appointment as guardian ad litem for AIDEN M. B. for purposes of this interpleader action (see Declaration of Sharon Surrey-Barbari filed concurrently herewith and incorporated herein by this reference); and

WHEREAS, Terry Seward, legal guardian and father of KYLE A. S., is willing to act and seeks appointment as guardian ad litem for KYLE A. S. for purposes of this interpleader action (see Declaration of Terry Seward filed concurrently herewith and incorporated herein by this reference); and

WHEREAS, all Defendants-in-Interpleader contend that, at the time of the purchase of the Annuity, it was the intention of the Deceased and VIRGINIA SEWARD that upon the death of one spouse, sole ownership of the Annuity should pass to the surviving spouse, and that upon the death of the surviving spouse, any proceeds that remained payable under the Annuity at that time should be paid to the BENEFICIARIES (See Declaration of Sharon Surrey-Barbari and Declaration of Terry Seward filed concurrently herewith and incorporated herein by this reference); and

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION AND [PROPOSED] ORDER

WHEREAS, on or about August 12, 2005, SUN LIFE received a letter signed by Sharon Surrey-Barbari, on behalf of BRENDAN A. B. and AIDEN M. B., Terry Seward, on behalf of KYLE A. S., TIMOTHY SEWARD, DAVID SEWARD, and VIRGINIA SEWARD in which the BENEFICIARIES expressed their desire to disclaim any and all interest they may have in the Annuity or the proceeds payable thereunder (the letter was also addressed to this Court); and

WHEREAS, the August 12, 2005 letter further expressed the BENEFICIARIES desire that sole ownership of the Annuity pass to VIRGINIA SEWARD and VIRGINIA SEWARD'S desire that the proceeds payable thereunder be paid to her in a single lump-sum payment; and

WHEREAS, upon payment by SUN LIFE of the proceeds due under the Annuity to VIRGINIA SEWARD, the Defendants-in-Interpleader agree to discharge SUN LIFE with prejudice from all liability with respect to all rights and obligations of the parties to this action arising under or relating to the Annuity; and

WHEREAS, upon entry of an order directing payment of the Annuity proceeds, all parties agree that the action shall be dismissed with prejudice, each party to bear its own costs; and

WHEREAS, the parties wish to fully and finally settle this action pursuant to the stipulated terms set forth below.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. That Sharon Surrey-Barbari be appointed guardian ad litem of BRENDAN A. B. for purposes of this interpleader action;

2. That Sharon Surrey-Barbari be appointed guardian ad litem of AIDEN M. B. for purposes of this interpleader action;

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION AND [PROPOSED] ORDER

3. That Terry Seward be appointed guardian ad litem of KYLE A. S. for purposes of this interpleader action;

4. That BRENDAN A. B. and AIDEN M. B., through their Guardian ad Litem Sharon Surrey-Barbari, KYLE A. S., through his Guardian ad Litem Terry Seward, TIMOTHY SEWARD and DAVID SEWARD each forever disclaim all rights and interest he has or in the future may have in the Annuity and/or any proceeds or benefits due thereunder;

5. That SUN LIFE be directed to pay $100,658.71 to VIRGINIA SEWARD, in the form of a check made payable to "Virginia Seward, as the Trustee of the Edward T. and Virginia M. Seward Family Trust," which represents the full cash value of the Annuity as of August 31, 2005, within 14 calendar days from the date of entry of an order directing the same;

6. That this action be dismissed with prejudice with respect to all parties, each party to bear its own costs;

7. That upon payment of the Annuity proceeds to VIRGINIA SEWARD, SUN LIFE be discharged with prejudice from all liability with respect to the rights and obligations of the parties to this action arising under SUN LIFE annuity contract number XXXXXXXX4751;

8. That the above-named Defendants-in-Interpleader be enjoined and restrained from asserting any future claims against SUN LIFE related to the Annuity and any annuity benefits due thereunder.

**IT IS SO STIPULATED.**

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-
STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: September ~~September~~, 2005<br>OCTOBER 26 | BARGER & WOLEN LLP<br><br>By: _____<br>J. RUSSELL STEDMAN<br>JAMIE OSTROFF<br>Attorneys for Plaintiff-in-Interpleader<br>Sun Life Assurance Company of Canada (U.S.) |
| Dated: September __, 2005 | COLEMAN & COLEMEN<br><br>By: _____<br>RONALD G. COLEMAN<br>Attorneys of Defendant-in-Interpleader<br>Virginia Seward |
| Dated: September __, 2005 | By: _____<br>TIMOTHY K. SEWARD |
| Dated: September __, 2005 | By: _____<br>DAVID L. SEWARD |
| Dated: September __, 2005 | By: _____<br>SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader BRENDAN A. B. |
| Dated: September __, 2005 | By: _____<br>SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader AIDAN M. B. |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-5-
STIPULATION AND ~~[PROPOSED]~~ ORDER

10/20/2005  10:55  LAW OFFICES → 12136147399  NO.065  P02

Case 3:05-cv-02522-JSW   Document 37   Filed 11/09/05   Page 7 of 12
Case 3:05-cv-02522-JSW   Document 36   Filed 11/09/2005   Page 7 of 12

| | |
|---|---|
| Dated: September __, 2005 | BARGER & WOLEN LLP<br><br>By: _____<br>J. RUSSELL STEDMAN<br>JAMIE OSTROFF<br>Attorneys for Plaintiff-in-Interpleader<br>Sun Life Assurance Company of Canada (U.S.) |
| Dated: September 29, 2005 | COLEMAN & COLEMEN<br><br>By: _[signature]_____<br>RONALD G. COLEMAN<br>Attorneys of Defendant-in-Interpleader<br>Virginia Seward |
| Dated: September __, 2005 | By: _____<br>TIMOTHY K. SEWARD |
| Dated: September __, 2005 | By: _____<br>DAVID L. SEWARD |
| Dated: September __, 2005 | By: _____<br>SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader BRENDAN A. B. |
| Dated: September __, 2005 | By: _____<br>SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader AIDAN M. B. |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-5-
STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: September __, 2005 | BARGER & WOLEN LLP |
| | |
| | By: _____ |
| | J. RUSSELL STEDMAN |
| | JAMIE OSTROFF |
| | Attorneys for Plaintiff-in-Interpleader |
| | Sun Life Assurance Company of Canada (U.S.) |
| | |
| Dated: September __, 2005 | COLEMAN & COLEMEN |
| | |
| | By: _____ |
| | RONALD G. COLEMAN |
| | Attorneys of Defendant-in-Interpleader |
| | Virginia Seward |
| | |
| Dated: September 25, 2005 | By: /s/ _____ |
| | TIMOTHY K. SEWARD |
| | |
| Dated: September 25, 2005 | By: /s/ _____ |
| | DAVID L. SEWARD |
| | |
| Dated: September __, 2005 | By: _____ |
| | SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader BRENDAN A. B. |
| | |
| Dated: September __, 2005 | By: _____ |
| | SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader AIDAN M. B. |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-5-
STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: September __, 2005 | BARGER & WOLEN LLP |
| | |
| | By: _____ |
| | J. RUSSELL STEDMAN |
| | JAMIE OSTROFF |
| | Attorneys for Plaintiff-in-Interpleader |
| | Sun Life Assurance Company of Canada (U.S.) |
| Dated: September __, 2005 | COLEMAN & COLEMEN |
| | |
| | By: _____ |
| | RONALD G. COLEMAN |
| | Attorneys of Defendant-in-Interpleader |
| | Virginia Seward |
| Dated: September __, 2005 | |
| | By: _____ |
| | TIMOTHY K. SEWARD |
| Dated: September __, 2005 | |
| | By: _____ |
| | DAVID L. SEWARD |
| Dated: September 26, 2005 | |
| | By: /s/ Sharon Surrey-Barbari |
| | SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader BRENDAN A. B. |
| Dated: September 26, 2005 | |
| | By: /s/ Sharon Surrey-Barbari |
| | SHARON SURREY-BARBARI, as Guardian ad Litem of Defendant-in-Interpleader AIDAN M. B. |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-5-

STIPULATION AND [~~PROPOSED~~] ORDER

1 | Dated: September 30, 2005

By: *Terry Seward*
TERRY SEWARD, as Guardian ad Litem
of Defendant-in-Interpleader KYLE A. S.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-6-
STIPULATION AND [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties and all documents submitted therewith, and good cause appearing, the Court ORDERS as follows:

1. Sharon Surrey-Barbari is hereby appointed guardian ad litem of BRENDAN A. B. for purposes of this interpleader action;

2. Sharon Surrey-Barbari is hereby appointed guardian ad litem of AIDEN M. B. for purposes of this interpleader action;

3. Terry Seward is hereby appointed guardian ad litem of KYLE A. S. for purposes of this interpleader action;

4. TIMOTHY SEWARD forever disclaims all rights, interest or claims he has or in the future may have in the Annuity and/or any proceeds or benefits due thereunder;

5. DAVID SEWARD forever disclaims all rights, interest or claims he has or in the future may have in the Annuity and/or any proceeds or benefits due thereunder;

6. BRENDAN A. B., through his Guardian ad Litem Sharon Surrey-Barbari, forever disclaims all rights, interest or claims he has or in the future may have in the Annuity and/or any proceeds or benefits due thereunder;

7. AIDEN M. B., through his Guardian ad Litem Sharon Surrey-Barbari, forever disclaims all rights, interest or claims he has or in the future may have in the Annuity and/or any proceeds or benefits due thereunder;

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-7-
STIPULATION AND [~~PROPOSED~~] ORDER

8. KYLE A. S., through his Guardian ad Litem Terry Seward, forever disclaims all rights, interest or claims he has or in the future may have in the Annuity and/or any proceeds or benefits due thereunder;

9. SUN LIFE shall pay $100,658.71 to VIRGINIA SEWARD, in the form of a check made payable to "Virginia Seward, as the Trustee of the Edward T. and Virginia M. Seward Family Trust," which amount represents the full cash value of the Annuity as of August 31, 2005, within 14 calendar days from the entry of this Order;

10. This action is dismissed with prejudice with respect to all parties, each party to bear its own costs;

11. Upon payment of the Annuity proceeds to VIRGINIA SEWARD, SUN LIFE is discharged with prejudice from all liability with respect to the rights and obligations of the parties to this action arising under SUN LIFE annuity contract number XXXXXXXX4751;

12. The Defendants-in-Interpleader are enjoined and restrained from asserting any future claims against SUN LIFE in any way related to the Annuity and any benefits due thereunder.

**IT IS SO ORDERED.**

Dated: November 9, 2005      By: _/s/ Jeffrey S. White_
JUDGE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-8-
STIPULATION AND [PROPOSED] ORDER